UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICHARD BURNHAM (#85012)                     CIVIL ACTION

VERSUS

TIM HOOPER, ET AL.                           NO. 23-00206-BAJ-SDJ

## RULING AND ORDER

Plaintiff initiated this action, *pro se*, alleging that the water at the Louisiana State Penitentiary (LSP) is contaminated and that he suffered a skin rash as a result of mold and mildew in the shower. (Doc. 4 at 3). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 12, the "R&R")**, recommending that Plaintiff's federal claims be dismissed as frivolous because he fails to state with any specificity how the water contributed to a rash or how the presence of mold or mildew in the shower constitutes an unconstitutional condition of confinement. (Doc. 12 at 5). The R&R further recommends that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims, to the extent any such claims exist. Plaintiff's deadline to object to the R&R has passed, without any objection from Plaintiff.

Upon de novo review, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff's federal claims be and are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 27th day of June, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA